**FILED**
JUN 2 2 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESTON SCHOFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:15-cv-00963 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 6/22/2015 |
| JUDGE JAMES DEKLEVA, *et al.*, ) | Description: Pro Se Gen. Civil (F Deck) |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* "Affidavit of Public Corruption in Florida," which is construed as a civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

Generally, plaintiff recounts proceedings brought against him in Florida state courts, alleged wrongful acts of judges, prosecutors, and law enforcement officers, and alleged violations of rights protected by the First, Fourth, Fifth, Sixth, Seventh and Eighth Amendments to the United States Constitution. The complaint neither contains a short and plain statement



3

showing plaintiff's entitlement to relief nor demands any particular relief. As drafted, the complaint does not comply with Rule 8(a) and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 6/18/15

_____
United States District Judge